FILED
JAMES J. VILT, JR. - CLERK
OCT 11 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

v.

**DAVID SMITH**

INDICTMENT

NO. 4:23-cr-34-GNS

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 934
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Firearms Trafficking)*

Beginning on or about June 1, 2023, and continuing to on or about September 14, 2023, in the Western District of Kentucky, Muhlenberg County, Kentucky, **DAVID SMITH**, the defendant herein, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit:

- Taurus, model PT111 G2A, nine-millimeter semiautomatic pistol, bearing serial number 1C041452;
- Ruger, model Ruger-57, 5.7 caliber semiautomatic pistol, bearing serial number 64366350;
- Glock GMBH, model 23, .40 caliber semiautomatic pistol, bearing serial number VMM253;
- Taurus, model G3, nine-millimeter semiautomatic pistol, bearing serial number ACC665419;
- Taurus, model G3, nine-millimeter semiautomatic pistol, bearing serial number ABD508310;
- Taurus, model G2C, nine-millimeter semiautomatic pistol, bearing serial number TLN39839;
- Taurus, model G2C, nine-millimeter semiautomatic pistol, bearing serial number ABD520817;
- Taurus, model G2, nine-millimeter semiautomatic pistol, bearing serial number TJR47711;

- Taurus, model G2S, nine-millimeter semiautomatic pistol, bearing serial number TMC98198;
- Taurus, model PT111 G2, nine-millimeter semiautomatic pistol, bearing serial number TIW97574;
- Taurus, model PT111 G2A, nine-millimeter semiautomatic pistol, bearing serial number ACC642524;
- Taurus, model PT111 G2A, nine-millimeter semiautomatic pistol, bearing serial number TLN47208;
- Taurus, model G3C, nine-millimeter semiautomatic pistol, bearing serial number ACM695044

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by that person would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

The Grand Jury further charges:

## COUNT 2
*(Dealing In Firearms Without A License)*

Beginning on or about June 1, 2023, and continuing to on or about September 14, 2023, in the Western District of Kentucky, Muhlenberg County, Kentucky, **DAVID SMITH**, the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 933(a)(1), as specifically charged in Counts 1 and 2 of this Indictment, **DAVID SMITH**, the defendant herein, shall forfeit to the United States, all

firearms and ammunition involved in the commission of the offenses and proceeds thereof, directly or indirectly obtained, including but not limited to approximately $17,040.00 in U.S. currency, pursuant to Title 18, United States Code, Sections 934 and 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.

**REDACTED**

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MJY

UNITED STATES OF AMERICA v. **DAVID SMITH**

## PENALTIES

Count 1:  NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:  NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due *immediately* unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY  42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY  42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY  42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.