UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                           CASE ACTION NO.4:23CR-34-GNS
                                             *Electronically Filed*

DAVID SMITH                                                   DEFENDANT

### BILL OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

The United States of America, by and through Michael A. Bennett, United States

Attorney for the Western District of Kentucky, and Mark J. Yurchisin, II, Assistant United States

Attorney, hereby submits a Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of

Criminal Procedure, to restate, supplement and clarify the forfeiture allegations contained in the

Indictment and to provide notice of specific property the Government intends to forfeit upon

conviction.   Under Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. § 932, 18 U.S.C. §

924(d) and 28 U.S.C. § 2461, the property subject to forfeiture in this case, includes but is not

limited to:

**a. United States currency in the amount of $15,255.00;**

**b. United States currency in the amount of $1,791.00; and**

**c. Miscellaneous Firearms, including but not limited to:**

1) **Glock Inc., 17 pistol, caliber 9, SN: BWNB735;**
2) **Glock Inc., 19X pistol, caliber 9, SN: BKKK963;**
3) **Glock Inc., 45 pistol, caliber 9, SN: BZLH398;**
4) **Beretta Pietro S.P.A. PX4 Storm, pistol, caliber 9, SN: PZ3320E;**
5) **Beretta Pietro S.P.A. PX4 Storm, pistol, caliber 9, SN: PY28928;**
6) **Beretta USA Corp. APX Pistol, caliber 9, SN: A127088X;**
7) **Smith & Wesson M&P 5.7, pistol, caliber 57, SN: PJM9453;**
8) **Tisas-Trabzon Gun Industry Corp., 1911Al Service Spec pistol caliber 45, SN: T0620-22Z00594;**
9) **Chiappa firearms LTD 1911-22 pistol, caliber 22, SN: 15M05203;**
10) **German Sports Guns Firefly pistol, caliber 22, SN: F479612;**
11) **Walther CCP pistol, caliber 9, SN: WK121711;**
12) **Taurus International GX4 pistol, caliber 9, SN: 1GA09375;**
13) **Taurus International PT738 TCP pistol, caliber 380, SN: 17634D;**
14) **Taurus International PT740 SLIM pistol, caliber 40, SN: SKR62734;**

15) Taurus International PT738 pistol, caliber 380, SN: 65035E;
16) Ruger P95 pistol, caliber 9, SN: 318-57863;
17) Ruger LCP pistol, caliber 380, SN: 372450260;
18) Mossberg MCLSC pistol, caliber 9, SN: 025806CP;
19) Bersa Thunder 22 pistol, caliber 22, SN: L48351;
20) Diamondback Arms Inc., DB380 pistol, caliber 380, SN: ZK8614;
21) Taurus International G3C pistol, caliber 9, SN: ADL870582;
22) Taurus International G3 pistol, caliber 9, SN: AAM153483;
23) Taurus International PT709 Slim pistol, caliber 9, SN: TJU61602;
24) Taurus International G2C pistol, caliber 9, SN: 1C037963;
25) Taurus International G2C pistol, caliber 9, SN: 1C037967;
26) Taurus International G2C pistol, caliber 9, SN: ACH200332;
27) Ruger LC9S pistol, caliber 9, SN: 327-22078;
28) Ruger LCP pistol, caliber 380, SN: 371106310;
29) Ruger LCP pistol, caliber 380, SN: 372008644;
30) Springfield Amory, Geneseo, IL UNKNOWN pistol, caliber 9, SN: MG989182;
31) Smith & Wesson Bodyguard pistol, caliber 380, SN: KEY9169;
32) Smith & Wesson SW9VE pistol, caliber 9, SN: RBM7483;
33) Rohm RG14 revolver, caliber 22, SN: L79462;
34) Smith & Wesson SD9VE pistol, caliber 9, SN: FXW2897;
35) Smith & Wesson SD9VE pistol, caliber 9, SN: FYK9542;
36) Heritage MFG., Inc., Barkeep revolver, caliber 22, SN: 1BH268712;
37) Kahrarms -Auto Ordnance CT9, pistol, caliber 9, SN: BAA6221;
38) Smith & Wesson SD40VE pistol, caliber 40, SN: HEW1962;
39) Ruger 22 Charger pistol, caliber 22, SN: 490-53941;
40) SCCY Industries, LLC (SKYY IND.) CPX-1 pistol, caliber 9, SN: 509208;
41) Smith & Wesson SD9VE pistol, caliber 9, SN: FXY9637;
42) Smith & Wesson SD9VE pistol, caliber 9, SN: FDU1617;
43) Weihrauch, Hermann HW38 revolver, caliber 38, SN: 416902;
44) Walther P22 pistol, caliber 22, SN: L296200;
45) Diamondback Arms Inc., AM2 pistol, caliber 9, SN: MA2623;
46) Davis Industries D38 pistol, caliber 38, SN: D069959;
47) Kahrarms -Auto Ordnance CM40 pistol, caliber 40, SN: JN6621;
48) Smith & Wesson SW9M pistol, caliber 9, SN: KAB3560;
49) Cobra ENT., Inc., KODIAK IND. FS380 pistol, caliber 380, SN: FS106786;
50) Smith & Wesson SW9GVE pistol, caliber 9, SN: DSE5994;
51) Zastava Pap M92 PV pistol, caliber 762, SN: M92PV000294;
52) German Sports Guns Firefly, pistol, caliber 22, SN: F481733
53) Tristar Cobra Ill Shotgun, caliber 20, SN: KPA003833;
54) Charles Daly 301 Shotgun, caliber 12, SN:20PAl2V-11971;
55) Stoeger Unknown Shotgun, caliber 12, SN: 493065—01;
56) Anderson Manufacturing Am-15 rifle, caliber multiple, SN: 21058674;

2

57) Hipoint (Strassell's Machine Inc.,) 4595 shotgun, caliber 45, SN: RI03519;

58) Norinco (North China Industries) SKS rifle, caliber 762, SN: D24141356;

59) Unknown Unknown shotgun, caliber 12, SN: NONE;

60) Mossberg 715T rifle, caliber 22, SN: EU3524033;

61) Century Arms International Ras47 rifle, caliber 762, SN: RAS47042082;

62) Fmk Firearms Inc., AR-I Extreme rifle, caliber multiple, SN: FMK.50884;

63) American Tactical Imports -AtI Omni Hybrid rifle, caliber multiple, SN: NS044639;

64) Century Arms International Vska rifle, caliber 762, SN: SV7119755;

65) Tristar Cobra Ill, shotgun, caliber 12, SN: KPA003834;

66) Del-Ton Inc., DTI-15 rifle, caliber 556, SN: S017311;

67) New England Firearms Handi rifle, caliber 270, SN: NU278473;

68) Century Arms International Vskarifle, caliber 762, SN: SV7089114;

69) Keystone Sporting Arms My First Rifle, caliber 22, SN: 1047740;

70) Savage AXIS rifle, caliber 65, SN: N314581;

71) Century Arms International RAS47 rifle, caliber 762, SN: RAS47101926;

72) Rossi Gallery rifle, caliber 22, SN: 7CG023755P;

73) Smith & Wesson M&P 15 rifle, caliber 556, SN: TL13759;

74) Mossberg 88 shotgun, caliber 12, SN: MV55857S;

75) Anderson Manufacturing Am-15 rifle, caliber multiple, SN: 21058652;

76) Savage AXIS rifle, caliber 243, SN: P129622;

77) Century Arms International C39V2 rifle, caliber 762, SN: C39V2Al0503;

78) Charles Daly MM shotgun, caliber 12, SN: 2504888;

79) Savage Stevens 320 shotgun, caliber 12, SN: 217700B;

80) Stoeger arms P350 shotgun, caliber 12, SN: 1336491;

81) Mossberg 88 shotgun, caliber 12, SN: MVl9966V;

82) Charles Daly MAXI MAG shotgun, caliber 12, SN: 7503267;

83) Charles Daly 301 shotgun, caliber 12, SN: 20PAl2V-11970;

84) Tristar Cobra III shotgun, caliber 20, SN: KPA003835;

85) Derya arms Ria shotgun, caliber 12, SN: R285503;

86) Tristar Cobra II shotgun, caliber 410, SN: 21P4103401;

87) Remington Arms Company, Inc., 770 rifle, caliber 270, SN: M71734941;

88) Henry Repeating Rifle Company H015-4570 rifle, caliber 45-70, SN: 4570SSR03446;

89) Tristar Cobra shotgun, caliber 410, SN: 20P4101546;

3

90) Savage AXIS rifle, caliber 270, SN: P465981;
91) Remington Arms Company, Inc., 770 rifle, caliber 300, SN: M71690226;
92) Savage AXIS RIFLE, caliber 308, SN: N986196;
93) Savage 111 rifle, caliber 270, SN: G285711;
94) Charles Daly FIEW Tactical shotgun, caliber 12, SN: 152792;
95) Savage Edge rifle, caliber 308, SN: Hl48656;
96) Winchester 190 rifle, caliber 22, SN: B1374482;
97) Savage 62 rifle, caliber 22, SN: 3702943;
98) Rossi Rio Bravo rifle, caliber 22, SN: 7CL013268N;
99) Bergara Europe B14 rifle, caliber 308, SN: 61--06--066573-20;
100) Baikalmp18 shotgun, caliber 12, SN: 11017943B;
101) Derya meriva shotgun, caliber 12, SN: R480016;
102) Savage AXIS rifle, caliber 65, SN: N472095;
103) Savage Stevens 320 shotgun, caliber 12, SN: 213154B;
104) AKKAR 300 shotgun, caliber 12, SN: 11210784;
105) Charles Daly KB! shotgun, caliber 20, SN: 3606177;
106) Hatfield Gun Company SAS shotgun, caliber 12, SN: 12A20—008956;
107) Smith & Wesson TIC Arms Compas rifle, caliber 6.5, SN: TJJ0928;
108) Savage Mark II rifle, caliber 22, SN: 3716173;
109) CGA SKS rifle, caliber 7.62/39, SN: CI59145771;
110) Iver Johnson PAS 12 shotgun, caliber 12, SN: 20E-6051;
111) Rock. Island Armory Import S VR80 shotgun, caliber 12, SN: R132373;
112) Savage AXIS rifle, caliber 270, SN: K678789;
113) Emperor Mxp12 Dula UT RA shotgun, caliber 12, SN: 21BHP1591;
114) Remington Arms Company, Inc., 700 rifle, caliber 7, SN: C6459180;
115) Savage 111 rifle, caliber 30--06, SN: 1519179;
116) Savage AXIS rifle, caliber 22-250, SN: P068282;
117) Century Arms International RAS47 rifle, caliber 7.62, SN: RAS47102380;
118) Thompson/Center Arms CO. Utility rifle, caliber 243, SN: TJ \ H5587;
119) Mossberg 500 shotgun, caliber 12, SN: P688581;
120) Stoeger arms Condor shotgun, caliber 12, SN: 1641641-22;
121) Savage 93 rifle, caliber 22, SN: 3539756;
122) Savage AXIS rifle, caliber 243, SN: N638098;
123) Remington Arms Company, Inc., M887 shotgun, caliber 12, SN: AAE042417A;
124) Harrington & Richardson 1871 Inc., Pardner Pump shotgun, caliber 12, SN: NZ873107;
125) Maverick Arms (EAGLE PA SS, TX) 88 shotgun, caliber 20, SN: MV0833528;
126) Stoeger arms P350 shotgun, caliber 12, SN: 738692;

4

**127) Maverick Arms (EAGLE PA SS, TX) 88 shotgun, caliber 20, SN:**
**MV0615185;**
**128) Derya VR80 shotgun, caliber 12, SN: R141740;**
**129) Derya meriva shotgun, caliber 12, SN: R219344;**
**130) Silver Eagle Tactical shotgun, caliber 12, SN: 39-H 21PT-4482;**
**131) Mossberg MAVERICK 88 shotgun, caliber 12, SN: MV50062L; and**
**132) Glock Inc., 19 pistol, caliber 9, SN: YGZ292.**

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/*Mark J. Yurchisin, II*
Mark J. Yurchisin, II
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

<u>CERTIFICATE OF SERVICE</u>

On January 17, 2024, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

s/*Mark J. Yurchisin, II*
Mark J. Yurchisin, II
Assistant U.S. Attorney