**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 4:23CR-00034-GNS**
***Electronically Filed***

**DAVID SMITH** **DEFENDANT**

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

On July 23, 2024, the defendant pled guilty to a violation of 18 U.S.C. § 923(a), 18 U.S.C. § 922(a)(1)(A), 18 U.S.C. §, 933(a)(1), and 18 U.S.C. § 924(a)(1)(D), as charged in Counts 1 and 2 of the Indictment. Pursuant to the plea agreement, the defendant agreed to forfeit the property described in the Bill of Particulars (DN 15), Notice of Forfeiture in the Indictment, and the attached proposed Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 934, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461. The sentencing is currently scheduled for November 18, 2024.

The Preliminary Order of Forfeiture begins the process of collecting the property authorized by 18 U.S.C. § 934, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the Bureau of Alcohol, Tobacco, Firearms and Explosives or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may assert ownership claims to the forfeited property. 21 U.S.C. § 853; Fed. R. Crim.

P. 32.2. Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property. 21 U.S.C. § 853(k). Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary. 21 U.S.C. § 853(m)-(p).

Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Mark J. Yurchisin, II*
Mark J. Yurchisin, II
Assistant United States Attorney
241 East Main Street, Suite 305
Bowling Green, Kentucky 42101
(270) 781-4438

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Mark J. Yurchisin, II*
Mark J. Yurchisin, II
Assistant U.S. Attorney