**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 4:23CR-00034-GNS**
***Electronically Filed***

**DAVID SMITH** **DEFENDANT**

# PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court for consideration of the United States' Motion for Preliminary Order of Forfeiture in this prosecution.

The Notice of Forfeiture in the Indictment notified the defendant of the United States' intention to seek forfeiture of certain property, pursuant to 18 U.S.C. § 934, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461, on the ground that the property was involved in a violation of 18 U.S.C. §, 923(a), 18 U.S.C. § 922(a)(1)(A), 18 U.S.C. §, 933(a)(1), and 18 U.S.C. § 924(a)(1)(D), or represents proceeds thereof. On July 23, 2024, the defendant pled guilty to Counts 1 and 2 of the Indictment, and further agreed to forfeit the property described in the Bill of Particulars and the Notice of Forfeiture in the Indictment. Therefore, the Court having reviewed this matter and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

(1) Based on the defendant's guilty plea to Counts 1 and 2 of the Indictment, the Court finds that the following property represents property involved in the crimes to which the Defendant pled guilty, and represents proceeds thereof, and therefore is forfeited to and may be seized by the United States for disposition in accordance with the law, under 18 U.S.C. § 934, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461, and subject to the provisions of 21 U.S.C. § 853(n):

1. **Glock Inc., 17 pistol, caliber 9, SN: BWNB735;**
2. **Glock Inc., 19X pistol, caliber 9, SN: BKKK963;**
3. **Glock Inc., 45 pistol, caliber 9, SN: BZLH398;**
4. **Beretta, Pietro S.P.A. PX4 Storm pistol, caliber 9, SN: PZ3320E;**
5. **Beretta, Pietro S.P.A. PX4 Storm pistol, caliber 9, SN: PY28928;**
6. **Beretta USA Corp. APX Pistol, caliber 9, SN: A127088X;**
7. **Smith & Wesson M&P 5.7, pistol, caliber 57, SN: PJM9453;**
8. **Tisas-Trabzon Gun Industry Corp., 1911Al Service Spec pistol, caliber 45, SN: T0620-22Z00594;**
9. **Chiappa firearms LTD 1911-22 pistol, caliber 22, SN: 15M05203;**
10. **German Sports Guns Firefly pistol, caliber 22, SN: F479612;**
11. **Walther CCP pistol, caliber 9, SN: WK121711;**
12. **Taurus International GX4 pistol, caliber 9, SN: 1GA09375;**
13. **Taurus International PT738 TCP pistol, caliber 380, SN: 17634D;**
14. **Taurus International PT740 SLIM pistol, caliber 40, SN: SKR62734;**
15. **Taurus International PT738 pistol, caliber 380, SN: 65035E;**
16. **Ruger P95 pistol, caliber 9, SN: 318-57863;**
17. **Ruger LCP pistol, caliber 380, SN: 372450260;**
18. **Mossberg MCLSC pistol, caliber 9, SN: 025806CP;**
19. **Bersa Thunder 22 pistol, caliber 22, SN: L48351;**
20. **Diamondback Arms Inc., DB380 pistol, caliber 380, SN: ZK8614;**
21. **Taurus International G3C pistol, caliber 9, SN: ADL870582;**
22. **Taurus International G3 pistol, caliber 9, SN: AAM153483;**
23. **Taurus International PT709 Slim pistol, caliber 9, SN: TJU61602;**
24. **Taurus International G2C pistol, caliber 9, SN: 1C037963;**
25. **Taurus International G2C pistol, caliber 9, SN: 1C037967;**
26. **Taurus International G2C pistol, caliber 9, SN: ACH200332;**
27. **Ruger LC9S pistol, caliber 9, SN: 327-22078;**
28. **Ruger LCP pistol, caliber 380, SN: 371106310;**
29. **Ruger LCP pistol, caliber 380, SN: 372008644;**
30. **Springfield Amory, Geneseo, IL UNKNOWN pistol, caliber 9, SN: MG989182;**
31. **Smith & Wesson Bodyguard pistol, caliber 380, SN: KEY9169;**
32. **Smith & Wesson SW9VE pistol, caliber 9, SN: RBM7483;**
33. **Rohm RG14 revolver, caliber 22, SN: L79462;**
34. **Smith & Wesson SD9VE pistol, caliber 9, SN: FXW2897;**
35. **Smith & Wesson SD9VE pistol, caliber 9, SN: FYK9542;**
36. **Heritage MFG., Inc., Barkeep revolver, caliber 22, SN: 1BH268712;**
37. **Kahrarms -Auto Ordnance CT9, pistol, caliber 9, SN: BAA6221;**
38. **Smith & Wesson SD40VE pistol, caliber 40, SN: HEW1962;**
39. **Ruger 22 Charger pistol, caliber 22, SN: 490-53941;**
40. **SCCY Industries, LLC (SKYY IND.) CPX-1 pistol, caliber 9, SN: 509208;**
41. **Smith & Wesson SD9VE pistol, caliber 9, SN: FXY9637;**
42. **Smith & Wesson SD9VE pistol, caliber 9, SN: FDU1617;**
43. **Weihrauch, Hermann HW38 revolver, caliber 38, SN: 416902;**

44. **Walther P22 pistol, caliber 22, SN: L296200;**
45. **Diamondback Arms Inc., AM2 pistol, caliber 9, SN: MA2623;**
46. **Davis Industries D38 pistol, caliber 38, SN: D069959;**
47. **Kahrarms -Auto Ordnance CM40 pistol, caliber 40, SN: JN6621;**
48. **Smith & Wesson SW9M pistol, caliber 9, SN: KAB3560;**
49. **Cobra ENT., Inc., KODIAK IND. FS380 pistol, caliber 380, SN: FS106786;**
50. **Smith & Wesson SW9GVE pistol, caliber 9, SN: DSE5994;**
51. **Zastava Pap M92 PV pistol, caliber 762, SN: M92PV000294;**
52. **German Sports Guns Firefly, pistol, caliber 22, SN: F481733**
53. **Tristar Cobra Ill Shotgun, caliber 20, SN: KPA003833;**
54. **Charles Daly 301 Shotgun, caliber 12, SN:20PA12V-11971;**
55. **Stoeger Unknown Shotgun, caliber 12, SN: 493065—01;**
56. **Anderson Manufacturing Am-15 rifle, caliber multiple, SN: 21058674;**
57. **Hipoint (Strassell's Machine Inc.,) 4595 shotgun, caliber 45, SN: RI03519;**
58. **Norinco (North China Industries) SKS rifle, caliber 762, SN: D24141356;**
59. **Unknown Unknown shotgun, caliber 12, SN: NONE;**
60. **Mossberg 715T rifle, caliber 22, SN: ELJ3524033;**
61. **Century Arms International Ras47 rifle, caliber 762, SN: RAS47042082;**
62. **Fmk Firearms Inc., AR-I Extreme rifle, caliber multiple, SN: FMK.50884;**
63. **American Tactical Imports -ATI Omni Hybrid rifle, caliber multiple, SN: NS044639;**
64. **Century Arms International Vskarifle, caliber 762, SN: SV7119755;**
65. **Tristar Cobra Ill, shotgun, caliber 12, SN: KPA003834;**
66. **Del-Ton Inc., DTI-15 rifle, caliber 556, SN: S017311;**
67. **New England Firearms Handi rifle, caliber 270, SN: NU278473;**
68. **Century Arms International Vskarifle, caliber 762, SN: SV7089114;**
69. **Keystone Sporting Arms My First Rifle, caliber 22, SN: 1047740;**
70. **Savage AXIS rifle, caliber 65, SN: N314581;**
71. **Century Arms International RAS47 rifle, caliber 762, SN: RAS47101926;**
72. **Rossi Gallery rifle, caliber 22, SN: 7CG023755P;**
73. **Smith & Wesson M&P 15 rifle, caliber 556, SN: TL13759;**
74. **Mossberg 88 shotgun, caliber 12, SN: MV55857S;**
75. **Anderson Manufacturing Am-15 rifle, caliber multiple, SN: 21058652;**
76. **Savage AXIS rifle, caliber 243, SN: P129622;**
77. **Century Arms International C39V2 rifle, caliber 762, SN: C39V2A10503;**
78. **Charles Daly MM shotgun, caliber 12, SN: 2504888;**
79. **Savage Stevens 320 shotgun, caliber 12, SN: 217700B;**
80. **Stoeger arms P350 shotgun, caliber 12, SN: 1336491;**
81. **Mossberg 88 shotgun, caliber 12, SN: MV19966V;**
82. **Charles Daly MAXI MAG shotgun, caliber 12, SN: 7503267;**
83. **Charles Daly 301 shotgun, caliber 12, SN: 20PA12V-11970;**
84. **Tristar Cobra III shotgun, caliber 20, SN: KPA003835;**
85. **Derya arms Ria shotgun, caliber 12, SN: R285503;**
86. **Tristar Cobra II shotgun, caliber 410, SN: 21P4103401;**

**87. Remington Arms Company, Inc., 770 rifle, caliber 270, SN: M71734941;**
**88. Henry Repeating Rifle Company H015-4570 rifle, caliber 45-70, SN: 4570SSR03446;**
**89. Tristar Cobra shotgun, caliber 410, SN: 20P4101546;**
**90. Savage AXIS rifle, caliber 270, SN: P465981;**
**91. Remington Arms Company, Inc., 770 rifle, caliber 300, SN: M71690226;**
**92. Savage AXIS RIFLE, caliber 308, SN: N986196;**
**93. Savage 111 rifle, caliber 270, SN: G285711;**
**94. Charles Daly FIEW Tactical shotgun, caliber 12, SN: 152792;**
**95. Savage Edge rifle, caliber 308, SN: H148656;**
**96. Winchester 190 rifle, caliber 22, SN: B1374482;**
**97. Savage 62 rifle, caliber 22, SN: 3702943;**
**98. Rossi Rio Bravo rifle, caliber 22, SN: 7CL013268N;**
**99. Bergara Europe B14 rifle, caliber 308, SN: 61--06--066573-20;**
**100 Baikalmp18 shotgun, caliber 12, SN: 11017943B;**
**101 Derya meriva shotgun, caliber 12, SN: R480016;**
**102 Savage AXIS rifle, caliber 65, SN: N472095;**
**103 Savage Stevens 320 shotgun, caliber 12, SN: 213154B;**
**104 AKKAR 300 shotgun, caliber 12, SN: 11210784;**
**105 Charles Daly KB! shotgun, caliber 20, SN: 3606177;**
**106 Hatfield Gun Company SAS shotgun, caliber 12, SN: 12A20—008956;**
**107 Smith & Wesson TIC Arms Compas rifle, caliber 6.5, SN: TJJ0928;**
**108 Savage Mark II rifle, caliber 22, SN: 3716173;**
**109 CGA SKS rifle, caliber 7.62/39, SN: CI59145771;**
**110 Iver Johnson PAS 12 shotgun, caliber 12, SN: 20E-6051;**
**111 Rock. Island Armory Import S VR80 shotgun, caliber 12, SN: R132373;**
**112 Savage AXIS rifle, caliber 270, SN: K678789;**
**113 Emperor Mxp12 Dula UT RA shotgun, caliber 12, SN: 21BHP1591;**
**114 Remington Arms Company, Inc., 700 rifle, caliber 7, SN: C6459180;**
**115 Savage 111 rifle, caliber 30--06, SN: J519179;**
**116 Savage AXIS rifle, caliber 22-250, SN: P068282;**
**117 Century Arms International RAS47 rifle, caliber 7.62, SN: RAS47102380;**
**118 Thompson/Center Arms CO. Utility rifle, caliber 243, SN: TJ H5587;**
**119 Mossberg 500 shotgun, caliber 12, SN: P688581;**
**120 Stoeger arms Condor shotgun, caliber 12, SN: J641641-22;**
**121 Savage 93 rifle, caliber 22, SN: 3539756;**
**122 Savage AXIS rifle, caliber 243, SN: N638098;**
**123 Remington Arms Company, Inc., M887 shotgun, caliber 12, SN: AAE042417A;**
**124 Harrington & Richardson 1871 Inc., Pardner Pump shotgun, caliber 12, SN: NZ873107;**
**125 Maverick Arms (EAGLE PA SS, TX) 88 shotgun, caliber 20, SN: MV0833528;**
**126 Stoeger arms P350 shotgun, caliber 12, SN: 738692;**

**127 Maverick Arms (EAGLE PA SS, TX) 88 shotgun, caliber 20, SN: MV0615185;**
**128 Derya VR80 shotgun, caliber 12, SN: R141740;**
**129 Derya meriva shotgun, caliber 12, SN: R219344;**
**130 Silver Eagle Tactical shotgun, caliber 12, SN: 39-H 21PT-4482;**
**131 Mossberg MAVERICK 88 shotgun, caliber 12, SN: MV50062L;**
**132 Glock Inc., 19 pistol, caliber 9, SN: YGZ292;**
**133 United States currency in the amount of $15,255.00; and**
**134 United States currency in the amount of $1,791.00.**

(2) The United States, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement agency (hereinafter "custodian") shall seize the property subject to forfeiture if not in its custody, and shall maintain the property in its secure custody. If necessary, the custodian may appoint a substitute custodian.

(3) Pursuant to 21 U.S.C. § 853 and Rule G(4) of the Supplemental Rules, the custodian shall publish on the Internet at www.forfeiture.gov for 30 consecutive days: notice of this order, notice of the custodian's intent to dispose of the property in such a manner as the Attorney General may direct, and notice that any person, other than the defendant, who has or claims a legal interest in the above property must file a petition with this Court within thirty (30) days of the final publication date, receipt of actual notice, or within sixty (60) days of the first day of publication on the Internet, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, and interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. This notice shall also state that a copy of the petition must be served on the United States Attorney's Office, 717 West Broadway, Louisville, Kentucky 40202.

(4) The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is subject to this order of forfeiture.

(5) Pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(m), the United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein, or to identify any substitute assets as defined by 21 U.S.C. § 853(p).

(6) If, as a result of the adjudication of third party interests, it becomes necessary to initiate forfeiture proceedings under 21 U.S.C. § 853(p) regarding defendant's interest in substitute assets other than those listed in this order, the Court shall identify such substitute assets by entering an amended preliminary order of forfeiture, and at that time shall authorize appropriate additional discovery and ancillary proceedings regarding those assets. Upon adjudication of all third party interests in the property identified by this order and any subsequent amended orders, this Court shall enter a final order of forfeiture authorizing the custodian to take title to any interest forfeited to the United States and allowing the custodian to dispose of the property in accordance with law, pursuant to Rule 32.2 and 21 U.S.C. § 853.

(7) This order shall be and is hereby fully incorporated and made part of the defendant's Judgment and Commitment, without further order of this Court, to be entered on or about sentencing of the defendant.

Tendered by:
Mark J. Yurchisin, II
Assistant United States Attorney
241 East Main Street, Suite 305
Bowling Green, Kentucky 42101