
BODYGUARD
by Smith&Wesson
M&P
M&P
UARD


TAURUS®
RUGER
LCP
DIAMONDBACK
MADE IN THE USA
6321


22
8116
LONG LASTING PRECISION HAMMER FORGED BARREL
MADE IN GERMANY
129
4
SCCY


TAURUS
STREAK
Smith&Wesson


Rifles
Hand Guns
Shotgun
Shotguns
Handguns
Rifles
1 SUBJECT
80 Sheets
COLLEGE RULED
RIVER CITY PAWN
NATHAN BRASHER
(270) 821-8330


SOLD
MADE IN GERMANY
GERG2210TFF
STACK-ON