
Handguns
1 SUBJECT
80 Sheets
COLLEGE RULED

250.00 #4109 350.00

Bersa Thunder ULTRA Compact Pro
9MM, 2 Mags, lock paper work
in box 175.00 #62 300.00
never Fired

Glock 19, gen 4, 9MM 4 mag
speedloader, backstrap, lock,
Cleaning kit, paper work in
box and nice carry case
375.00 #200 525.

S&W M&P Shield 40 cal
1-box of ammo
300.00 #1021 375.

Stainless steel
Taurus PT, 1911, 45 cal, 5" barrel, 2 mags, lock, paper work
in hardcase
275.00 #509 525.00

Hi Point 45 cal w/holster
100.00 #7316 180.00

Ruger P.95, 9MM, 2 mags,
paper work in hardcase
275.00 #1598 350.00

200.00 #509 w/Holster
275.00

Hi Point 380, Ghost Rings, in box
100.00 #504 165.00

Taurus 38 special stainless
w/holster 240.00 #503 350.00

S&W SD40VE, 40 cal, w/Holster
150.00 #200 325.00

Jennings 9 cal, w/Holster
#26 175.00

Springfield Armory XD-9MM
#14 385.

Astra, Mod 704, 9MM,
mags, Cleaning Kit in box
90.00 #19 300.00

[illegible] 40 cal Shield
5.00 #2303 350.00

Rock Island mod 200, 38
special Rev 6 shot, paper
work in hard case
#34 300.00

USA-SMITH-000572

100.00 #70 175.

S&W SW9VE, 9MM, 2mags
70.00 #7 325.00

S&W SD9VE, 9MM 2mags
w/holster 240.00 #2303 340.

Taurus PT92 AF, 9mm,
2 mags, w/blackhawk holst
140.00 #503 475.00

Hi Point 380, compensator, 2
mags, holster
100.00 #6322 175.00

Taurus 24/7 G2, 9MM, 2
mags X backstrap, speedloader,
lock, Paperwork in hardcase
130.00 #24 300.00

H. Point 9MM w/holster
100.00 #21 175.00

Ruger P-95DC, 2mags in Hardcase
270.00 #17 350.00

84.00 #152 275.

S&W SW9VE, 9MM, 2mags
Cleaning kit hardcase
225.00 #6100 340.00

Ruger SR22, 22cal, 2mags,
lock, Paperwork, soft case
hardcase 130.00 #7118 350.00

S&W SD9VE, 9MM, 2mags
Paperwork in box, w/Holster
165.00 #42 365.

Bersa mod 95 380.
225.00 #40 300.00

S&W M&P9, 9MM, 4mags.
backstrap, lock, paperwork
in hardcase
350.00 #27 465.00

Never been fired
Heritage Rough Rider 22/22mag
lock paper work in box
150.00 #200 225.00

Sccy 2 9MM
50.00 #1599 265.00

Comdar, Night sights, Cleaning kit
lock, Paper work in hardcase
425.00 #1021 525.00

Glock 22, Gen 43, 40cal, lock, Cleaning kit, Paper work in hard case
320.00 # 21 440.00

Glock 22 Gen 3, 40cal, speedloader, lock, Cleaning kit, paper work in hardcase
360.00 # 17 475.00

FMH, 9cl Gen 2, 9MM, 2 Mags, Night sights, X sights, paper work in hard case.
0. # 4109 365.00

Springfield Armory XDs 45cal Od Green, 2 mags, holster
360.00 #3 465.00

X Grips
Taurus PT 92, 9MM, w/ Handgun Case
300.00 #60 385.00

Norinco mod 213, 9mm
100.00 #300 275.

. 19 Rd mag, Tactical light
lock paper work in box
375.00 # 2301

Taurus Ultra lite Rev, stainless steel 38 special, hammerless Pink & Blk Grips, holster
175.00 # 46 375.00

Heritage Rough Rider 22mag, holster in box
0 # 31 150.00

Heritage Rough Rider 22/22mag 100 rds ammo, in box
150.00 # 2 ~~225.00~~ 235.00

S&W 9GVE, 9MM, 2 mags
40.00 # 12 325.00

Glock 22, Gen 3, 40 cal, 2 mags, holster in hardcase
375.00 # 7316 475.00

4 1/2" barrell
Heritage Rough Rider, 22/22mag in hardcase, Ammo
60.00 # 70 225.00

... lock,
holster, Paper work in hardcase,
Never Fired
140.00 #7142 300.00

Cobra 380 W/Holster
75.00 #1019 165.00

Taurus 738, 380, 3 mags, soft case
110.00 #509 275.00

Ruger LCR, 9MM, 1.8" barrel,
3 speed loaders, hammerless,
soft case, lock, paper work in hard case
300.00 #23 500.00

H. Point 40cal, lock, Paper Work
in box 110.00 #1200 175.00

Sig Sauer Mosquito, 22cal,
2 mags, lock, cleaning kit,
Paper work in hardcase
200.00 #13 325.00

Ruger P-89, 9MM, 2 mags,
no. ste hardcase
300.00 #190 400.00

H. Point 9MM, with holster
100.00 #27 185.00

H. Point 9MM
80.00 #198 175.00

S&W mod 642, 38 special
5 shot rev, Stainless, hamm-
erless, lock, Paper work in box
325.00 #199 400.00

Glock 22, Gen 4, 40cal, 3 mag
x back strap, lock, cleaning kit
Paper work in hardcase
450.00 #5 540.00

Ruger P-95, 9mm, 2 mags
300.00 #27 385.00

H. Point 40cal, od green, 2 mags,
lock, Paper work in box
55.00 #11 185.00

Taurus 24/7, 9MM, 2 mags, lock,
backstrap, speedloader, cleaning
kit Paper work in hardcase
168.00 #3 350.00


Rifles
31
Distributed by:
DOLGENCORP,LLC
100 Mission Ridge
Goodlettsville, TN 37072-2170
MADE IN INDIA
1 SUBJECT
80 Sheets
COLLEGE RULED

Mossberg 702 Plinkster 22cal
CAMO
100.00 #1200 135.00

Savage Mod 111, 308, BLK. synt STK,
Sling, Bushnell Sportsview 4X12X50
scope, see through Mounts.
200.00 #193 425.00

New England Firearms, 243,
BLK. synt STK, sling, ammo holder
Tasco 3X9X40 scope, w/Bull barrel
♡ # 11 275.00

Ruger 10/22 carbine, Tasco 3X9X
Scope, see through Mounts
200.00 #14 300.00

Rem. 700, 7 mag, BLK, Synt STK,
Bushnell 4X12X50 scope, see
through sites.
375.00 #62 450.00

Savage Mod 110, 7 mag, BLK Syn
STK, Simmons 3X12X40 scope, Sling
ammo holder
140.00 #25 400.00

Rem 597, 22 cal R Fle w/scope (soft case)
125.00 #40 200.00

- - - - - -

Rossi 243, Bull Barrel, Sling
BSA 3X9X40 scope.
200.00 #35 325.00

Rossi 308, single shot, (wizard) fiber optic sights, 3X9X40 Bushnell,
with see through sights.
200.00 #43 350.00

Weatherby Vanguard 308,
BLK synt STK, 2 stage trigger
fluted bolt, Monte carlo
stock, BSA 3X12X40 scope,
hinged Floor Plate
275.00 #2 600.00

Norinco / Chinese SKS, od green
6 position (synt) stock, 2-30 rd mags
1-20 rd mag 250.00 #31 475.00

Rem 700, 270, mossy oak break
up, sling 180.00 #21 500.00
Bushnell 3X9X40 scope

Hi-Point 995, 9MM, 2 mags, sling
200.00 #198 300.00

Cricket 22 Rifle, od green
60.00 #4109 100.00

Rem 788, 243, Blk synt STK,
3x9x40 scope, Accu-Trigger
140.00 #2301 325.00

youth mod
NEF, 243, Blk SYNT STK, Sling
BSA 3x9x40 scope
175.00 #43 275.00

Mosin Nagant, 7.62x54,
Rifle, Blk Synt STK, Fact.
orig Wood stock
100.00 #63 225.00

8MM Mauser
100.00 #2301 200.00

NEF, 30-30, Single Shot,
Tasco 3x9x50 scope
150.00 #9 250.00

Mosberg 715, 22cal, in box
150.00 #11 225.00

Ruger 10/22 Blk synt STK, Stainless
steel, BSA, 3x9x40 scope, 25rd MAG
210.00 #4104 325.00

Never been Fired
Rock Island, Armory AK-22,
semi Auto, 18.25" Barrel, 25
Rd MAG. 80.00 #2301 180.00

Marlin 30-30, Mod 336CS
Bushnell 3x9x40 scope, see
through sights, sling
250.00 #4109 375.00

Rem 770, 243, Blk synt STK,
3x9x40 scope, sling
200.00 #300 300.00

Mossberg 817, 17 HMR, Bushnell
sportsview 4x12x40 scope
0 #1021 225.00

High Stand and Sport King, PA
Mod P1011, 22 pump Rifle,
Short, Long, L Rifle, Mint
Shape 9.00 #19 250.00

Marlin 336, 30-30, Lever Action
200.00 #4109 350.00

125.00 #30 225.00

Rem Speedmaster 552, 22 cal, shoots shorts, L, LR, Simmons 3x9x32
150.00 #61 375.00

Never been Fired
Henry 22 cal, Lever action
175.00 #610 300.00

Rossi 62 SAC, 22 pump, stainless Steel, shoots, shorts, L, LR
150.00 #6745 400.00

Ithaca mod 49, 22 Lever Action
shoots shorts, L, LR
100.00 #1021 250.00

BDL
Win mod 270, 22 cal, shoots Short, L, LR
150.00 #7100 275.00

Never been Fired
Marlin 60, 22 cal, Tube Fed, Box
100.00 #4639 165.00

H. Point 9MM Carbine, BLK, Synt STK, 4 Mags, 3 extended
200.00 #42 325.00

Sling, 3x9x40 scope, See through Mounts
150.00 #200 225.00

Ruger 10/22, 22 cal, Tactical Tru-glo 4x32 scope, in box
200.00 #26 275.00

Savage Mod 111, 270, BLK synt STK, AMMO holder
175.00 #5 350.00

CVA Hunter 7MM 08, Single shot BLK synt STK, ammo holder, Nik Sterling 3x9x40 scope
200.00 #193 300.00

Never been Fired, Savage Axis 308, BLK synt STK, Caldwell bipod, 3x9x40 scope
200.00 #26 325.00

NEF 30-30, Single shot, BLK synt STK, Sling, Simmons 4x9x32
200.00 #3 285.00

Rem Nylon 66, 22 cal, Automatic
100.00 #6321 400.00

STK, Accu-Trigger, Sling,
Simmons 3x9x40 scope.
340.00 #301 475.00

H. Point, mod 4095, 40cal, carb-
ine, camo, Sling
185.00 #837 300.00

H. Point mod 995, 9mm, Necstar
4x30 scope, see through mount
x-After market STK, x-parts.
175.00 #3 350.00

H. Point, mod 4095, 40cal
carbine, Pistol grip, 5 mags,
N box 125.00 #600 350.00

Savage 111, 300 win mag, BLK
Synt STK, Simmons 3x9x40 scope
#4639 *** 425.00

w/gun case, 2 mags
Ruger 10/22, 22cal, Simmons 3x
9x32 scope, see through mounts
115.00 #516 265

Accu-trigger
Ruger 270, BLK synt STK, Sling, 3x9
x40 Bushnell scope 225.00 #2303 325.

Molly steel barrel, 1-30rd mag, 6.4 lbs
Positional stk, Nice 4x16x40 Red, Green
LED scope, 2 boxes shells, Gun case
300.00 #23 750.

Rem 770, 243, BLK synt STK,
Bypod, 3x9x40 scope.
250.00 #1598 325.00

Savage mod 110, 270, Simmons
3x9x32 scope
250.00 #25 400.00

H&R, 308, single shot, bull
barrel, Sling, Simmons 3x9x50
175.00 #99 275.

Rem 710, 270, BLK synt STK,
Sling, ammo holder, Bushnell
3x9x40 scope.
275.00 #192 325.00

Mossberg Trek, 30.06, BLK
synt STK, Sling, Barska 3x
9x40 scope. 200.00 #12 300.00

Rem. 597, 22 cal, BLK synt STK
0 #7 140.00

Savage Predator mod 10, 223, Bull barrel, sling, Accu-trigger, Mossy Oak brush camo Vortex 4X12X40 scope
300.00 #151 750.00

Savage Axis 223, Blk synt stk, Tasco 3X9X50 scope
225.00 #1200 325.00

Mossberg ATR, 30-06, Blk synt stk, Accu-trigger, Fluted barrel 3X9X40 scope
180.00 #20 300.00

NEF, 243 single shot, Bull barrel, ammo holder, Simmons 4X32 scope
140.00 #300 250.00

Savage 110, 7mag, Blk synt stk, Bushnell 3X9X40 scope, Bipod
235.00 #24 400.00

Savage 111 7mag Blk synt stk, Accu-Trigger Jeweled bolt, Shooters edge 3X9X40 scope
330.00 #33 450

Rem 770, [illegible]
3X9X40 scope
175.00 #10 325.00

Ruger 10/22, 22cal, Reaper buck camo, 3X9 scope, 25rd matching champion mag in box
90.00 #1200 300.00

Savage Axis 25-06, stainless barrel, Blk synt stk, 3X9X40 Bushnell scope
265.00 #10 325.00

Rem 770, 7mag, Blk synt stk 3X9X40 scope, hard case
220.00 516 350.00

Ruger 10/22, Factory mag, Ruger 25rd mag, Simmons 3X9X32 scope Factory stk.
210.00 #6745 285.00

Sav Predator 10, 223, Bull barrel sling, Accu-Trigger, Mossy Oak brush camo, Vortex 4X12X40 scope
300.00 #151 750.00


Shotguns
24
1 SUBJECT
80 Sheets
COLLEGE RULED

...Topper Mod 58 ...

Savage 12ga single shot, Full
choke 50.00 #49 30" Barrel 135.00

Rem 870 12ga, Super Mag,
Blk synt STK, screw in
choke, AMMO holder
220.00 #119 325.00

New England Firearms, 20ga
single shot mod choke,
...5.00 #44 125.00

...R, Topper Jr, Mod 490, 20ga
mod choke, single shot
...0.00 # 51 135.00

Stoeger P.350 12ga, Blk
synt STK, 2 chokes.
80.00 #38 280.00

Nitro Special 12ga single shot
50.00 #41 100.00

NEF, 20ga youth Mod single shot, Mod
choke 85.00 #34 125.00

Browning Gold hunter 12ga,
Semi Auto 2¾-3, Sling, Screw... ...75.00

NEF 12ga single shot, AMMO holder
50.00 #29 125.00

Weatherby Vanguard 308, BLK
Synt STK, 2stage trigger, Fluted,
Bolt, Monte carlo STK, BSA
3X12X40 scope, hinged Floor
Plate 275.00 #2 600.00

Rem 1100, 12ga Semi Auto
28" barrel 275.00 #63 600.00

Rem 870 youth mod, 12ga, Advantage
CAMO, Sling 275.00 #89 350.00
X Full Turky choke, Glo
sights 275.00 #89 350.00

Glo Sights, 26" Barrel
Rem 870, 12ga Super Mag,
Advantage CAMO, AMMO
holder, Jelly head 665, IMP
cyl, Mod screw in choke,
glo sights 300.00 #88 425.00

Rem 870 12ga Super Mag,
Glo sights, BLK synt STK, AMMO
holder 250.00 #89 340.00

NEF 410, single shot, Full choke
100.00 #28 175.00

Rossi 410/22 Youth mod, carry
ing case, Sling, Box 410 Box 22 shell
~~84.00~~ 150.00 # 151 225.00

NEF 410 single shot, Full
Choke 100.00 #45 175.00

JC Higgins Mod 583, 20 ga
Bolt Action 20.00 #151 100.00

Remington M887, 12 ga, Blk
Syn STK, Mod screw in choke
225.00 #38 325.00

Rem 870, 12 ga, SPS-T super
Mag, Turkey camo, 23"
barrel, Turkey super Full,
Turkey X Full, Glo sight,
Paper Work 300.00 #25 425.00

New England Firearms, 10 ga
Single shot, Full choke.
80.00 #30 165.00

Ruger American 17 cal, accu-trigger
2 stks, 3X9X40 Bushnell scope,
2 boxes of ammo, shot 15 times
210.00 #48 335.00

Iver Johnson single
50.00 # 1599 100.00

Boito 410 Single shot, Full choke
100.00 #50 175.00

NEF 410 single shot, shot
gun, Full choke
125.00 # 41 175.00

NEF, Mod SB2, 10 ga, single
shot, 3½, sling, screw in choke
150.00 #1021 Drilled For scope 285.00

Charles Daly, 12 ga Auto-
Matic, Advantage Timber
Camo, Glo sights, screw in choke
275.00 #198 400.00

Rem Baikal, 12 ga semi Auto,
screw in choke
300.00 #1020 425.00

Mossberg 535, 12 ga pump,
shoots 2¾, 3, 3½, Blk syn
STK, Glo sights, Mod, Turkey 650
to 16112X, Full, imp cyl, st
#1019 Holder [illegible] 400.00

...ikal 20ga single shot, Full choke
Never been Fired
106.00 #61 150.00

Mossberg Mav. 88, 12ga pump,
Screw in choke 100.00 #12 200.00

Shotgun / Rifle, 410/22 Baikal
Combo, Never been Fired,
Screw in choke 320.00 #63 425.00
with 4 chokes

12ga
Stoeger Coach gun, double
Barrel, 2 triggers
150.00 #1598 350.00

Win 1300, 20ga pump, 28"
barrel, mod screw in choke.
150.00 #192 325.00

Rem 870, 12ga wingmaster, 26"
barrel, ribbed, imp cyl.
275.00 #29 425.00

Rem 870, express 410, pump, Full
choke 250.00 #42 375.00

Never been Fired
Tri Star 20ga Semi Auto, Next
Camouflouge, 3 chokes, Imp cyl, Full
225.00 #38 440

Mossberg 835, 12ga ... shot.
Choke, Shoots 2 3/4 - 3 - 3 1/2 CAMO, screw in
175.00 #30 250.00

Charles Daly Field 20ga pump,
Blk synt stk, screw in choke
choke Tool, Never been Fired
212.00 #42 325.00

Maglec 20ga Single Shot
95.00 #59 125.00

Maglec 12ga Single Shot,
mod choke 95.00 #57 135.00

Never been Fired, Baikal 12ga
single shot, Blk syn stk, mod choke
106.00 #198 150.00

12ga
Browning Auto-5, Semi,
[illegible] invector plus, 4 chokes
#9 1250.00

NEF 410 single shot, Full choke
100.00 #2 175.00

Mossberg 500, 12ga pump,
Blk synt stk, screw in choke
[illegible] #36 275.00

NEF 410 Single Shot, Full choke
#30 185.00
117.00

Mossberg 835, 12ga Pump,
28" barrel screw in choke
100.00 #61 275.00

Rem M887, Nitro Mag, 12ga
Pump, Blk Synt Stk, Screw
in choke 225.00 #300 325.00

Rem 870, Super mag, Blk Synt
Stk, Sling, Mod Screw in choke
115.00 #1589 375.00

Rem 870, 12ga Super Mag, Blk
Synt Stk, Turkey ~~[illegible]~~ screw choke
175.00 #18 Full 350

Kassnar 20ga Single shot
Full choke 75.00 #6321 125.00

Stoeger Condor 20ga, Over
& Under, IMP, Mod screw in choke
275.00 #6322 375

Glo Sights P.350 screw in choke
Stoeger Turkey 12ga pump, Real
Tree camo, 2 3/4-3-3 1/2

Stevens 12ga Single shot,
Full choke 75.00 #98 128.00

Charles Daily 12ga Semi auto
Advantage Timber camo, Glo sight
Full choke screw in choke 225.00 #129 400.00

Rem 870, 12ga Super Mag
Blk synt Stk, Turkey super full choke screw
275.00 #7018 * 350.00

w/soft case
Mossberg 500, 12ga pump,
ported barrel, Mod screw in choke
175.00 #7621 * 275.00

Mossberg 500, 12ga pump, mod
screw in choke, soft case.
150.00 #6745 275.00

Mossberg 835, 12ga pump, 3
Screw in Chokes Mod, Full, X Full
150.00 #98 325.00

Rem 887 Nitro mag, 12ga pump,
Blk synt stk, Glo sights,
225.00 #44 350.00