DRAFT SUMMARY - *for discussion purposes only*

| Date Purchased | Serial No. | Notebook Purchase Price | Notebook Selling Price | Notebook Profit Margin | Notebook Profit Percentage | Actual Selling Price | Actual Profit Margin | Actual Profit Percentage |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 64366350 | $600.00 | $850.00 | $250.00 | 42% | $850.00 | $250.00 | 42% |
| 7/7/2023 | 1C041452 | $185.00 | $300.00 | $115.00 | 62% | $300.00 | $115.00 | 62% |
| 7/7/2023 | VMM253 | $365.00 | $575.00 | $210.00 | 58% | $570.00 | $205.00 | 56% |
| | | $1,150.00 | $1,725.00 | $575.00 | 50% | $1,720.00 | $570.00 | 50% |

| Weighted Profit Percentage |
|---|
| 149% |

| Date Purchased | Serial No. | Notebook Purchase Price | Notebook Selling Price | Notebook Profit Margin | Notebook Profit Percentage | * Actual Selling Price | * Actual Profit Margin | * Actual Profit Percentage |
|---|---|---|---|---|---|---|---|---|
| 7/26/2023 | ABD520817 | $223.00 | $300.00 | $77.00 | 35% | $300.00 | Please see below | Please see below |
| 7/26/2023 | TMC98198 | $233.00 | $300.00 | $67.00 | 29% | $300.00 | | |
| 7/26/2023 | TLN39839 | $170.00 | $300.00 | $130.00 | 76% | $300.00 | | |
| 7/26/2023 | ABD508310 | $200.00 | $300.00 | $100.00 | 50% | $325.00 | | |
| 7/26/2023 | ACC665419 | $200.00 | $325.00 | $125.00 | 63% | $325.00 | | |
| 7/26/2023 | TJR47711 | $200.00 | $300.00 | $100.00 | 50% | $300.00 | | |
| | | $1,226.00 | $1,825.00 | $599.00 | 49% | $1,850.00 | $614.00 | 50% |

* Total Actual Selling Price was $1,840; therefore, the Total Actual Selling Price was used to calculate Total Actual Profit Margin and Profit Percentage.

| Weighted Profit Percentage |
|---|
| 300% |

| Overall Profit | 48% |
|---|---|
| Weighted Average | 48% |

| Date Purchased | Serial No. | Notebook Purchase Price | Notebook Selling Price | Notebook Profit Margin | Notebook Profit Percentage | * Actual Selling Price | Actual Profit Margin | Actual Profit Percentage |
|---|---|---|---|---|---|---|---|---|
| 8/22/2023 | TLN47208 | $200.00 | $350.00 | $150.00 | 75% | $335.00 | $135.00 | 68% |
| 8/22/2023 | ACC642524 | $175.00 | $300.00 | $125.00 | 71% | $335.00 | $160.00 | 91% |
| 8/22/2023 | ACM695044 | $329.00 | $400.00 | $71.00 | 22% | $335.00 | $6.00 | 2% |
| 8/22/2023 | TIW97574 | $220.00 | $300.00 | $80.00 | 36% | $335.00 | $115.00 | 52% |
| | | $924.00 | $1,350.00 | $426.00 | 46% | $1,340.00 | $416.00 | 45% |

Total Actual Selling Price was $1,480; however, the total price included $140 worth of ammo. The Total Actual Selling Price for the four firearms was $1,340. The firearms were sold at a discounted price. The firearms would have cost $1,400 without the purchase of ammo.

| Weighted Profit Percentage |
|---|
| 180% |

J. Pharmes
ATF Forensic Auditor
11.21.2023