**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| SMITH, David | | 15 |

**INFORMATION OBTAINED FROM CI # 31915:** On August 31, 2023, ATF Special Agent (SA) Ryan Johnson and SA Dean Clark met with CI # 31915 to obtained additional information regarding David SMITH.

**NARRATIVE**:

1. On August 31, 2023, SA Johnson and SA Clark met with CI # 31915 at an undisclosed location. During the meeting, The CI provided SA Johnson access to his/her cellphone. SA Johnson reviewed the CI's Facebook communications between the CI and David SMITH as well as postings made by SMITH on a Facebook group page titled "Western KY Movie Props".

2. Between January 9, 2023, and August 21, 2023 "Smitty Smith" made at least seventy-three (73) posts on the "Western KY Movie Props" group page. Each posting included a photograph of a firearm and a description of the manufacturer, caliber, etc. In the photographs, each firearm contained an "inventory style" tag with a number written on it. Various additional group posts by SMITH were able to be viewed from the CI's phone which we dated between January of 2020 and November of 2022. SA Johnson took photographs of the CI's phone screen for each of the group postings by SMITH.

3. SA Johnson obtained a download of the CI's Facebook Messenger logs by using the CI's cellphone. The logs included all direct messages between CI # 31915 and "Smitty Smith" between the dates of July 2022 and August of 2023.

4. The following items were placed into ATF Custody as Evidence:

    - ATF ITEM 016: CD Containing Screenshots of David SMITH's Facebook Group Postings Obtained from CI # 31915

    - ATF ITEM 017: USB Drive containing download of Facebook Account and Facebook Messages Obtained from CI # 31915

**Attachments:**

- ATF Exhibit 016 (to be forwarded with case file)
- ATF Exhibit 017 (to be forwarded with case file)

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Ryan T. Johnson | Special Agent, Bowling Green Field Office | Digitally signed by Ryan Johnson Date: 2023.09.01 15:27:51 -05'00' | 09-01-2023 |
| Authorized by: Jamie W. Gordon | Title: Resident Agent in Charge, Bowling Green Field Office | Signature: Digitally signed by JAMIE GORDON Date: 2023.09.05 18:27:51 -05'00' | Date: |
| Second level reviewer (optional): Robert S. Morrow | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |